IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FARAH & FARAH, P.A.,
EDDIE E. FARAH, AND
CHARLIE E. FARAH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioners,

CASE NO. 1D15-2946

v.

TERRELL KING,

    Respondent.

_____/

Opinion filed March 7, 2016.

Petition for Writ of Certiorari – Original Jurisdiction.

Michael R. D'Lugo and Richard E. Ramsey of Wicker, Smith, O'Hara, McCoy & Ford, P.A., Orlando, for Petitioners.

Carlos R. Diez-Arguelles and Robin Treto of Diez-Arguelles & Tejedor, P.A., Orlando, for Respondent.

PER CURIAM.

    DENIED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.